AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

JUSTIN SPECTER,

      Petitioner,       JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER: **3:10-cv-00485-HDM-RAM**

JACK PALMER, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition (Document No. 5) is DISMISSED with prejudice as time-barred.

  September 13, 2010                    **LANCE S. WILSON**
                                                  Clerk

                                                  /s/ Katie Lynn Ogden
                                                    Deputy Clerk